UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN ANDERSON | * | CASE NO.: 09-1562-JCZ-KWR |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| STANDARD FIRE INSURANCE COMPANY | * | MAG. JUDGE KAREN W. ROBY |

ORDER

**CONSIDERING THE FOREGOING** unopposed, Ex Parte, Unopposed Motion to Continue Trial filed by plaintiff, Ann Anderson,

A status conference with the Court is set for **Thursday, May 27, 2010, at 3:30 p.m.** in chambers to discuss the need for a continuance.

5/6/10

_____
The Honorable Jay C. Zainey
UNITED STATES DISTRICT JUDGE

1